IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH A. REED, III, ET AL : CIVIL ACTION
:
VS. : NO. 02-3450
:

HONEYWELL INTERNATIONAL
INC.,

## ORDER

AND NOW, this 11th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. Dubois to the Honorable Bruce W. Kauffman.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court